IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SHAWNELLIAS BURGESS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:09-cv-00767 |
| v. | ) |
| | ) |
| **CREDIT ONE BANK,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures hereon, that all matters in controversy between Plaintiff Shawnellias Burgess and Defendant Credit One Bank, N.A. have been compromised and settled, it is therefore

**ORDERED** that the action of Plaintiff Shawnellias Burgess against Defendant Credit One Bank, N.A., be **DISMISSED WITH PREJUDICE**. Defendant shall bear court costs. No discretionary costs are to be assessed.

SO ORDERED.

_____
JUDGE ROBERT L. ECHOLS

DATED:____10/20/09_____

APPROVED FOR ENTRY:

FOR THE PLAINTIFF:

/s/ Shawnellias Burgess
Shawnellias Burgess
600 Whispering Hills Dr., B6
Nashville, TN 37211


/s/ Jonathan Cole
JONATHAN COLE (BPR No. 16632)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Baker Donelson Center
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600
*Attorney for Defendant Credit One Bank*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6th, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties not so indicated on the electronic filing receipt will be served by undersigned counsel by first class mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

      Served by U. S. Mail

      Shawnellias Burgess
      600 Whispering Hills Dr., B6
      Nashville, TN 37211


      /s/Jonathan Cole
      Attorney

N HPS 709463 v1
2915187-000001 10/5/2009
Case 3:09-cv-00767   Document 24   Filed 10/20/09   Page 2 of 2 PageID #: 91